SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Individually on Behalf of Itself and All Others Similarly Situated, <br><br>      Plaintiff, <br><br>  v. <br><br> ALTERRA CAPITAL HOLDINGS LIMITED, W. MARSTON BECKER, MICHAEL O'REILLY, JAMES D. CAREY, MERYL D. HARTZBAND, WILLIS T. KING, JR., JAMES L. ZECH, MARIO P. TORSIELLO, K. BRUCE CONNELL, JAMES H. MACNAUGHTON, W. THOMAS FORRESTER, STEPHAN F. NEWHOUSE, ANDREW H. RUSH, MARKEL CORPORATION, and COMMONWEALTH MERGER SUBSIDIARY LIMITED, <br><br>      Defendants. | No. 13. CIV. 0933 |

### CORPORATE DISCLOSURE OF
### ALTERRA CAPITAL HOLDINGS LIMITED

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alterra Capital Holdings Limited ("Alterra"), by and through its undersigned counsel, makes the following disclosure:

1.  There is no parent corporation of Alterra.

2.  The Chubb Corporation owns 10% or more of the stock of Alterra. No other publicly held corporation owns 10% or more of the stock of Alterra.

1

Dated: New York, New York
February 15, 2013

                                      **Akin Gump Strauss Hauer & Feld LLP**

By:   /s/  Sunish Gulati
      Steven M. Pesner, P.C.
      Robert H. Pees, Esq
      Sunish Gulati, Esq.
      One Bryant Park
      New York, New York 10036
      (212) 872-1000
      (212) 872-1002 (fax)
      spesner@akingump.com
      rpees@akingump.com
      sgulati@akingump.com

*Counsel for Defendant Alterra Capital Holdings Limited*