**MEMO ENDORSED**

## GLANCY BINKOW & GOLDBERG LLP
ATTORNEYS AT LAW

| LOS ANGELES OFFICE | 77 WATER STREET, SUITE 720 | SAN FRANCISCO OFFICE |
|---|---|---|
| 1925 CENTURY PARK E., SUITE 2100 | NEW YORK, NEW YORK 10005 | ONE EMBARCADERO CENTER, SUITE 760 |
| LOS ANGELES, CA 90067 | | SAN FRANCISCO, CA 94111 |
| TELEPHONE (310) 201-9150 | TELEPHONE (646) 722-4180 | TELEPHONE (415) 972-8160 |
| FACSIMILE (310) 201-9160 | FACSIMILE (310) 201-9160 | FACSIMILE (415) 972-8166 |
| | info@glancylaw.com | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-21-13

February 15, 2013

**VIA EMAIL**
ALCarterNYSDChambers@nysd.uscourts.gov

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 725
New York, NY 10007

    Re:   *Louisiana Municipal Police Employees Retirement System v. Alterra Capital Holdings Limited, et al.*, No. 13 CV 0933

Dear Judge Carter:

    We represent plaintiff Louisiana Municipal Police Employees Retirement System ("Plaintiff") in the above-captioned action (the "Action"). As per the letter of my co-counsel Stephen Oddo, dated February 13, 2013, we wish to inform the Court that Plaintiff has filed a Notice of Withdrawal of the Motion for Preliminary Injunction (the "Motion"), as the parties have reached a preliminary settlement of the issues surrounding the Motion, and have executed a Memorandum of Understanding to that effect. Furthermore, the parties endeavor to file a Stipulation of Settlement with the Court shortly.

Respectfully submitted,

*Gregory Linkh*
Gregory B. Linkh

cc: Robert Pees (by email)
    Maeve O'Connor (by email)
    Leigh Lasky (by email)
    Stephen J. Oddo (by email)

---

*Handwritten endorsement:*

The motion for preliminary injunction is terminated. The 2-22-13 motion hearing is adjourned without a date. So Ordered.

*/s/ Andrew L. Carter*
2-21-13

RECEIVED
FEB 15 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.