UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Individually on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA CAPITAL HOLDINGS LIMITED, W. MARSTON BECKER, MICHAEL O'REILLY, JAMES D. CAREY, MERYL D. HARTZBAND, WILLIS T. KING, JR., JAMES L. ZECH, MARIO P. TORSIELLO, K. BRUCE CONNELL, JAMES H. MACNAUGHTON, W. THOMAS FORRESTER, STEPHAN F. NEWHOUSE, ANDREW H. RUSH, MARKEL CORPORATION, and COMMONWEALTH MERGER SUBSIDIARY LIMITED,<br><br>Defendants. | Case No. 13 CV 0933-ALC<br><br>CLASS ACTION<br><br>ECF CASE<br><br>**PROPOSED LEAD PLAINTIFF'S CONSENT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Stipulation of Settlement, and all prior pleadings and proceedings herein, Proposed Lead Plaintiff, Louisiana Municipal Police Employees Retirement System will move this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 17B, New York, NY 10007-1312, at a date and time to be determined, for an order preliminarily approving the proposed Settlement of this proposed class action and certifying a class for purposes of the Settlement, pursuant to Rules 23(a), (b)(2), (b)(3), and (e) of the Federal Rules of Civil Procedure. A proposed Preliminary Approval Order, together with annexed exhibits, is attached to the Stipulation of Settlement filed concurrently herewith.

Dated: June 26, 2013                               GLANCY BINKOW & GOLDBERG, LLP

/s/ Brian P. Murray
BRIAN P. MURRAY (BM 9954)
bmurray@glancylaw.com
GREGORY B. LINKH (GL 0477)
glinkh@glancylaw.com
122 E. 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (310) 201-9160

*Proposed Liaison Counsel for the Class*

O'BELL LAW FIRM, LLC
ERIC J. O'BELL
KIRSTEN E. McCONNELL
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-8624
EJO@OBellLawFirm.com

BRANNON LAW FIRM, LLC
PAUL M. BRANNON
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8677
Facsimile: (504) 456-86097
PMB@BrannonLawFirmFirm.com

*Proposed Co-Lead Counsel for the Class*

-2-

## AFFIRMATION OF SERVICE

I am an attorney admitted to practice in this district. Under penalty of perjury, I declare that on June 26, 2013, a copy of the foregoing document was served upon the parties listed below by ECF, email, and/or overnight courier

/s/ Gregory B. Linkh

Maeve O' Connor, Esq.
**Debevoise & Plimpton, LLP**
919 Third Avenue
New York, New York 10022
mloconnor@debevoise.com

Robert H. Pees, Esq.
**Akin Gump Strauss Hauer & Feld, LLP**
One Bryant Park
New York, New York, 10036
rpees@akingump.com

Leigh Lasky, Esq.
351 W. Hubbard Street, Suite 401
Chicago, Illinois 60654
lasky@laskyrifkind.com